No. 92–2029. ALVARADO v. COUNTY OF STANISLAUS ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 92–2030. GREGORY v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. ▋

No. 92–2031. SIMS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–2033. CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA ET AL. v. DEVELOPERS INSURANCE CO. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. ▋

No. 92–2034. CONARD ET AL. v. UNIVERSITY OF WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied. ▋

No. 92–2036. CAMPOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▋

No. 92–2037. WOLFF ET AL. v. LIFE INSURANCE COMPANY OF NORTH AMERICA ET AL. C. A. 6th Cir. Certiorari denied. ▋

No. 92–2039. WELLS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▋

No. 92–2040. HERNANDEZ-OVIEDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▋

No. 92–2041. SWAROVSKI INTERNATIONAL TRADING CORP., A. G., ET AL. v. EBELING & REUSS, LTD., T/A EBELING & REUSS CO. C. A. 3d Cir. Certiorari denied. ▋

No. 92–2042. ROBINSON v. CENTRAL BRASS MANUFACTURING CO. ET AL. C. A. 6th Cir. Certiorari denied. ▋

No. 92–2043. CHILDS, EXECUTRIX OF THE ESTATE OF CHILDS, DECEASED, ET AL. v. OKLAHOMA. Sup. Ct. Okla. Certiorari denied. ▋

No. 92–2044. POZO-APARICIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▋